(COB Form nopd.jsp #152)(05/20)

## UNITED STATES BANKRUPTCY COURT
District of Colorado

Trevor Lane Ward and Monique A.O.F. Ward
Debtor(s)

Case Number.: 21–13594–EEB
Chapter: 7

Debtor SSN/TaxId Nos.:
xxx–xx–6921

Joint Debtor SSN/Tax Id Nos.:
xxx–xx–8588

Debtor(s)
aka(s), if any will be listed on the following page

### NOTICE OF POSSIBLE DIVIDENDS

The initial Notice of Chapter 7 Bankruptcy Case issued in this case instructed creditors it was not yet necessary to file a proof of claim. The Trustee has now determined that assets are available in this estate and a distribution to creditors is possible.

**Creditors who wish to share in any distribution of assets must file a proof of claim with the Clerk of the U.S. Bankruptcy Court on or before: 10/24/22.**

Creditors who do not file a proof of claim on or before the above listed date **MIGHT NOT** share in any distribution from the debtor's estate.

Claimants can file an electronic proof of claim on the Court's website at **www.cob.uscourts.gov/proof–claim**. No login or password is required. If you are unable to file your proof of claim online, a proof of claim form (number B 410) is also available on the Court's website. For more information, please contact the Court's Help Desk at 720–904–7450.

Any creditor who has filed a proof of claim prior to this notice need not file another proof of claim.

Pursuant to Fed.R.B.P. 3002(c)(1) and (5) a proof of claim shall be filed BY A GOVERNMENTAL UNIT not later than 180 days after the date of the order for relief.

All claimants who seek an administrative claim must obtain a Court Order pursuant to the Bankruptcy Code.

Dated: 7/20/22

s/ David E. Lewis
1400 Main St.
#201–B
Louisville, CO 80027

**Aliases Page**
**<u>Debtor aka(s):</u>**
No Aliases for Debtor

**<u>Joint Debtor aka(s):</u>**
No Aliases for Joint Debtor