**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
|    Trevor Lane Ward | ) | Case No. 21-13594 EEB |
|    Monique A.O.F. Ward | ) | Chapter 7 |
| | ) | |
|      Debtors. | ) | |

## ORDER AUTHORIZING SETTLEMENT OF CLAIM OF THE ESTATE

THIS MATTER, came before this Court upon the *Trustee's Motion to Approve Agreement to Settle Claim of Estate*, and the Court being duly advised in the premises,

HEREBY FINDS that no objections to the Motion have been filed or sustained; therefore the Court:

HEREBY ORDERS, AND DECREES that the Trustee, David Lewis, is authorized to accept the sum of $1,450.00 as full and final satisfaction of the estate's interest in the debtor's property as specified in the Agreement; and

THE COURT FURTHER ORDERS: That the provisions of the Stipulation are mandatory and failure to comply may result in the sanctions as specified in the Stipulation.

DATED: this 28th day of July, 2022.

BY THE COURT:

Elizabeth E. Brown
U. S. Bankruptcy Court Judge