# UNITED STATES BANKRUPTCY COURT

DISTRICT OF COLORADO

In re:  TREVOR LANE WARD
        MONIQUE A.O.F. WARD
              Debtor(s)

Case No.:  21-13594 EEB

## CHAPTER 13 STANDING TRUSTEE'S AMENDED FINAL REPORT AND ACCOUNT

ADAM M GOODMAN, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1)  The case was filed on  07/09/2021.
2)  The plan was confirmed on  NA.
3)  The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  NA.
4)  The trustee filed action to remedy default by the debtor in performance under the plan on  NA.
5)  The case was converted on  12/15/2021.
6)  Number of months from filing or conversion to last payment:  4.
7)  Number of months case was pending:  19.
8)  Total value of assets abandoned by court order:  NA.
9)  Total value of assets exempted:  149,980.00.
10)  Amount of unsecured claims discharged without full payment:  .00.
11)  All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $1,700.00 |
| Less amount refunded to debtor: | $1,700.00 |

**NET RECEIPTS:**                                                    $.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $.00 |
| Other: | $.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**                               $.00

Attorney fees paid and disclosed by debtor:         $.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| US BANK | Unsecured | 10,126.00 | NA | NA | .00 | .00 |
| AUTOMOTIVE CREDIT CORP | Secured | 6,362.00 | 6,373.07 | 446.25 | .00 | .00 |
| AVID ACCEPTANCE, LLC | Unsecured | 12,197.00 | 12,805.63 | 12,805.63 | .00 | .00 |
| BELLCO CREDIT UNION | Secured | 19,036.00 | NA | NA | .00 | .00 |
| BELLCO CREDIT UNION | Unsecured | 2,606.00 | NA | NA | .00 | .00 |
| CAPITAL ONE | Unsecured | 27.00 | NA | NA | .00 | .00 |
| CENTRAL COLLECTION | Unsecured | 438.00 | NA | NA | .00 | .00 |
| CHILDRENS HOSPITAL | Unsecured | 841.00 | NA | NA | .00 | .00 |
| CITI | Unsecured | 10,006.00 | NA | NA | .00 | .00 |
| COLORADO DEPT OF REVENUE | Priority | 1,014.00 | 520.00 | 520.00 | .00 | .00 |
| COLORADO DEPT OF REVENUE | Unsecured | NA | 91.00 | 91.00 | .00 | .00 |
| CONNS | Unsecured | 1,092.00 | NA | NA | .00 | .00 |
| DENTALWORKS | Unsecured | 114.00 | NA | NA | .00 | .00 |

UST Form 101-13-FR-S (9/1/2009)

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF COLORADO

In re: TREVOR LANE WARD
MONIQUE A.O.F. WARD
        Debtor(s)

Case No.: 21-13594 EEB

## CHAPTER 13 STANDING TRUSTEE'S AMENDED FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| DIVERSIFIED RADIOLOGY | Unsecured | 79.00 | NA | NA | .00 | .00 |
| IRS - U.S. TREASURY | Priority | 1,883.00 | 4,158.29 | 4,158.29 | .00 | .00 |
| IRS - U.S. TREASURY | Unsecured | NA | 423.52 | 423.52 | .00 | .00 |
| LVNV FUNDING LLC | Unsecured | 10,841.00 | 10,841.43 | 10,841.43 | .00 | .00 |
| MOHELA | Unsecured | 13,128.00 | NA | NA | .00 | .00 |
| MOHELA | Unsecured | 12,095.00 | NA | NA | .00 | .00 |
| MOHELA | Unsecured | 7,176.00 | NA | NA | .00 | .00 |
| MOHELA | Unsecured | 6,347.00 | NA | NA | .00 | .00 |
| MOHELA | Unsecured | 6,213.00 | NA | NA | .00 | .00 |
| NORTH RANGE VILLAGE | Secured | 5,000.00 | NA | NA | .00 | .00 |
| PROFESSIONAL FINANCE | Unsecured | 339.00 | NA | NA | .00 | .00 |
| SELENE FINANCE, LP | Secured | 288,575.00 | 64,474.38 | 64,474.38 | .00 | .00 |
| THE CHILDRENS HOSPITAL | Unsecured | 1,454.00 | NA | NA | .00 | .00 |
| UC HEALTH | Unsecured | 1,598.00 | NA | NA | .00 | .00 |
| UPI PATH | Unsecured | 16.00 | NA | NA | .00 | .00 |
| US DEPARTMENT OF EDUCATION/MOHI | Unsecured | 28,918.00 | 73,879.51 | 73,879.51 | .00 | .00 |
| WELLS FARGO | Unsecured | 27,487.00 | NA | NA | .00 | .00 |
| WELLS FARGO | Unsecured | 1,060.00 | NA | NA | .00 | .00 |
| WESTLAKE FINANCIAL SERVICES | Secured | 15,586.00 | 15,002.67 | .00 | .00 | .00 |
| WORLDS FOREMOST BANK | Unsecured | 6,584.00 | NA | NA | .00 | .00 |

UST Form 101-13-FR-S (9/1/2009)

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF COLORADO

In re:  TREVOR LANE WARD
      MONIQUE A.O.F. WARD
          Debtor(s)

Case No.:  21-13594 EEB

## CHAPTER 13 STANDING TRUSTEE'S AMENDED FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WYNDHAM RESORT | Unsecured | 7,000.00 | NA | NA | .00 | .00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | 64,474.38 | .00 | .00 |
| Debt Secured by Vehicle: | 446.25 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 64,920.63 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 4,678.29 | .00 | .00 |
| **TOTAL PRIORITY:** | 4,678.29 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 98,041.09 | .00 | .00 |

| **Disbursements:** | |
|---|---|
| Expenses of Administration: | $.00 |
| Disbursements to Creditors: | $.00 |
| **TOTAL DISBURSEMENTS:** | $.00 |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date:  02/27/2023          By:  /s/ADAM M GOODMAN
                                       Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.

          UST Form 101-13-FR-S (9/1/2009)