**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Trevor Lane Ward | ) | Case No. 21-13594 EEB |
| XXX-XX-6921 | ) | Chapter 7 |
| Monique A.O.F. Ward | ) | |
| XXX-XX-8588 | ) | |
| | ) | |
| *Debtor(s).* | ) | |

**TRUSTEE'S MOTION TO SELL PROPERTY OF THE ESTATE**
**(OIL AND GAS INTERESTS)**

David Lewis, the Chapter 7 trustee (the "*Trustee*") of the bankruptcy estate of Trevor Lane Ward and Monique A.O.F. Ward ("*Debtors*"), hereby requests an order authorizing sale of property of the estate consisting of oil and gas interests pursuant to the attached Letter Agreement, a copy of which is attached hereto as Exhibit 1. In support hereof, Trustee states as follows:

1. Debtors filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code on December 15, 2021.

2. On Schedule A Question 1 of their bankruptcy schedules, Debtors listed a 3/16 interest in mineral rights in section 12, township 17 north, 15 west and containing 2160 acres in Dewey, Oklahoma. Debtor listed the value in 2018 as $5,444.00. Debtor stated that there have been no royalties collected on the mineral interest since 2018.

3. Pursuant to Bankruptcy Code §541, as of the Petition Date, all of the Debtors' property became property of the bankruptcy estate including Debtors' interest in the mineral interests.

4. Bankruptcy Code §363(b) provides that the Trustee, after notice and a hearing, may use, sell or lease, other than in the ordinary course of business, property of the estate.

5. Trustee has entered into the Letter Agreement with McCullis Oil & Gas, Inc. and McCulliss Resources Co., Inc. to sell all of the bankruptcy estate's right, title and interest in the mineral and royalty interests set forth on **Exhibit A** to Exhibit 1 attached hereto (collectively, the "*Oil & Gas Interests*") for a purchase price of $5,250.00.

6. The sale will be without warranty of title and conveyance of the Oil and Gas Interests by Trustee to purchasers shall be by Quitclaim Mineral and Royalty Deed or Assignment as is, where is, and with all faults, with an express disclaimer of all warranties, either express or implied, as to the condition or fitness for any particular purpose or of merchantability.

7.      The Letter Agreement gives the Trustee the right to accept overbids in the event other parties are interested in purchasing the Oil and Gas Interests.  In the event of an overbid which the Trustee determines is more beneficial to the estate, and provided purchasers wish to increase their offer for the Oil and Gas Interests following such overbid, the Trustee shall conduct a telephonic auction of the Oil and Gas Interests.  Trustee shall in his sole discretion determine the procedures for the auction.

8.      In order to enable the Trustee to transfer the Oil and Gas Interests as soon as the Court approves the sale, the Trustee also requests that the Court suspend the operation of Federal Rule of Bankruptcy Procedure 6004(h), which automatically stays for fourteen days an order authorizing the use, sale or lease of property other than cash collateral.

**WHEREFORE**, Trustee respectfully requests that this Court enter an Order:

(a)      authorizing Trustee to sell the Oil and Gas Interests to Purchasers (or to any over bidder consistent with the terms of the Letter Agreement) in accordance with the terms of the attached Letter Agreement pursuant to 11 U.S.C. § 363(b);

(b)      authorizing Trustee to take all actions necessary and appropriate to effectuate the sale of the Oil and Gas Interests pursuant to the terms of the Letter Agreement;

(c)      suspending the fourteen day stay of Fed.R.Bankr.P. 6004(h); and

(d)      granting such other and further relief as the Court deems just and proper.

Date:  April 5, 2023.                              Respectfully submitted,

                                                            */s/ David Lewis*
                                                            David Lewis, Chapter 7 Trustee
                                                            1400 Main St., Ste. 201B
                                                            Louisville, Colorado 80027
                                                            Tel: 303-666-1217
                                                            Email: david@davidlewispc.com

2

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 5, 2023, I served by prepaid first class mail a copy of the documents entitled **TRUSTEE'S MOTION TO SELL PROPERTY OF THE ESTATE (OIL AND GAS INTERESTS), Notice** and **Proposed Order** on the following parties in compliance with the Fed.R.Bankr.P. and the Court's Local Rules and to the additional parties listed on the service list attached hereto:

Trevor Lane Ward
Monique A.O.F. Ward
10077 Carson Way
Commerce City, CO 80022

Attorney Jane M. Roberson via CM/ECF
United States Trustee via CM/ECF
Attorney Alison L. Berry via CM/ECF


*/s/ Christy Bevel*
Christy Bevel, Legal Assistant

3

# DAVID LEWIS, P.C.

**Attorney at Law**
**1400 Main Street, Ste. 201B**
**Louisville, CO 80027**

February 6, 2023

VIA E-MAIL

Mr. Brian McCulliss
McCulliss Oil & Gas, Inc.
PO Box 221515
Denver, CO    80222
bpm@mccullissoil.com

> **Re:    Oil and Gas Interests**
> **Trevor Lane Ward and Monique A.O.F. Ward**
> **Bankruptcy Case No. 21-13594 EEB** .

Dear Mr. McCulliss:

This letter will confirm that, subject to Bankruptcy Court approval, and subject to the terms and conditions set forth in this letter, I have tentatively accepted your offer to pay $5,250.00 for the bankruptcy estate's right title and interest in the mineral interests described in the documentation attached hereto (collectively, the "Mineral Interests"). The documentation attached hereto constitutes the information in Trustee's possession concerning the Mineral Interests. Trustee is providing the information to you without representation or warranty as to the information's completeness or accuracy. You must conduct your own investigation and satisfy yourself as to the nature and value of the Mineral Interests offered for sale.

Conveyance of the Mineral Interests shall be by Quitclaim Mineral and Royalty Deed, Assignment or other forms of assignment as mutually agreed between Trustee and you, but in all events without warranty of titled. The conveyance documents shall specifically provide that the conveyance of the Mineral Interests shall be AS IS WHERE IS AND WITH ALL FAULTS WITH AN EXPRESS DISCLAIMER OF ALL WARRANTIES, EITHER EXPRESS OR IMPLIED. The conveyance documents shall further provide that you agree to assume all obligations and liabilities with regard to the Mineral Interests conveyed, whether arising prior to or after the date of the conveyance documents. It is my understanding the conveyance would ½ interest to McCullis Oil & Gas, Inc. and ½ interest to McCulliss Resources Co., Inc.

As the Chapter 7 trustee in bankruptcy, it is my obligation to maximize the value of estate assets. Notwithstanding my tentative acceptance of your offer and my undertaking to submit it to the Bankruptcy Court for approval, I shall have the right at any time prior to consummation of a sale to you to entertain and accept competing offers with respect to the Mineral Interests. If I receive one or more competing higher offers I will notify you and give you an opportunity to bid

---

Phone (303) 666-1217                                           E-mail:david@davidlewispc.com

Exhibit 1

further, and, if appropriate I will then give written notice of and conduct a telephonic auction for the sale of the Mineral Interests.

If the terms and conditions set forth in this letter are acceptable, please sign this letter below and return it to me via email.   I will then file with the Bankruptcy Court a Motion to Approve the Sale of the Mineral Interests on the terms of this Letter Agreement.

If you should have any questions, please feel free to contact me at (303) 661-9292.

Sincerely,

David Lewis, Trustee

AGREED TO AND ACCEPTED BY:

McCulliss Oil & Gas, Inc.

and

McCulliss Resources Co., Inc.

***One Thousand Five Hundred Fifty Five and 56/100 ***                          **DOLLARS**
COLLECTION ITEM - NOT A CASH ITEM - NO PROTEST - CUSTOMER'S DRAFT WITH RIGHT OF RE-DRAFT
NOT SUBJECT TO RECALL BY DEPOSITORY BANK BEFORE DUE DATE

Paying Bank:                                                    Drawer: Summit Land Company
To:  Community National Bank
     Attn: Collections / (580) 227-4426
     P.O. Box 619, Fairview, OK 73737
For: Summit Land Company / (580) 227-2592              E. Bruce Hernandez
     P.O. Box 70, Fairview, OK 73737-0070              Agent for Summit Land Company

**PROSPECT**

This draft is consideration for all payment due under the terms of that certain Paid-up Oil and Gas Leases of even date herewith, including all bonus and delay rentals, covering the following described lands:

7.777778 Net Acres - Section 12-17N-15W, Dewey County, Oklahoma,

Mineral Owner(s) Name: Trevor Ward
Address:
City, State, Zip:
Phone Number:

Exhibit A